## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Sheryl Ring

                Plaintiff,

v.                                          Case No.: 1:22−cv−00895
                                            Honorable Mary M. Rowland

Jerome Larkin, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 15, 2022:

      MINUTE entry before the Honorable Mary M. Rowland: Pursuant to the stipulation of dismissal, the case against ARDC Defendants Larkin, Bertschy, and Simpson is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. All pending motions denied as moot. Telephonic status hearing set for 4/21/22 is stricken. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.